UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In the Matter of
ARBITRATION OF DISPUTES

between

LAUNDRY, DRY CLEANING WORKERS AND
ALLIED INDUSTRIES HEALTH FUND, UNITE HERE! and
LAUNDRY, DRY CLEANING WORKERS AND
ALLIED INDUSTRIES RETIREMENT FUND, UNITE HERE!,
Petitioners,

and

LINENS OF EUROPE, INC.,
LINENS OF EUROPE NEW YORK, INC., and
S DURAN L, as a single employer,
Respondent.

**AFFIDAVIT OF SERVICE
07 CIV. 6970 (LTS)**

STATE OF NEW YORK            )
                             ) ss.
County of New York           )

Sabrina Brooks, being duly sworn, deposes and says:

1. I am over 18 years of age, am not a party to this action and reside in the Borough of Queens, New York 11421.

2. On November 21, 2007, I served the Respondent herein with a copy of the Default Judgment by causing a true copy of said Motion papers addressed to the Respondent at 223 East 141st Street, Bronx, New York 10451 to be delivered to the United States Postal Service at a Post Office within the State of New York for certified mailing, return receipt number 7006 2150 0000 7942 5835 and regular mail.

_____
Sabrina Brooks

Sworn to, before me, this 21st day of November 2007.

_____
ANNIE ELIZABETH HABEEB
Notary Public, State of New York
No. 01HA6150367
Qualified in Suffolk County
Commission Expires 7/24/2010